**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 3:26-cr-0012** |
| | ) | |
| **AVONTE GEORGE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge entered on June 1, 2026, ECF No. 47, recommending that the defendant's plea of guilty to Count One of the Indictment, Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(D), be accepted, and the defendant be adjudged guilty. Defendant filed a Notice of Non-Objection to Report and Recommendation – Unopposed, on June 1, 2026. (ECF No. 48.) After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 47, is **ADOPTED;** it is further

**ORDERED** that Defendant Avonte George's plea of guilty as to Count One of the Indictment is **ACCEPTED**, and that Avonte George is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

*United States v. George*
Case No. 3:26-cr-0012
Order
Page **2** of **2**

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties **no later than August 6, 2026;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office **no later August 27, 2026;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court **no later than September 10, 2026;** it is further

**ORDERED** that the parties shall file their sentencing memoranda **no later than September 24, 2026**; and it is further

**ORDERED** that a sentencing hearing shall be held on **October 8, 2026, at 9:00 A.M.** in S. Thomas Courtroom No. 3 before Chief Judge Robert A. Molloy.

**Dated:** June 2, 2026                    */s/ Robert A. Molloy*
                                           **ROBERT A. MOLLOY**
                                           **Chief Judge**